```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JAMIL KHAN,                                           :
                               Plaintiff,       :
                                           :
                -against-                               :
                                            :         21-CV-493 (VEC)
MICHAEL L. WOODS AND ESCOT BUS LINES :
LLC,                                                       :              ORDER
                                             :
                              Defendants.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 14, 2021, the parties appeared for a telephonic status conference;

       IT IS HEREBY ORDERED that Plaintiff's counsel, Michael Krigsfeld, must update his information on ECF by no later than **Wednesday, December 15, 2021 at 6:00 P.M.** It appears that the law firm and email address associated with Mr. Krigsfeld's ECF account is outdated, and the listed phone number is disconnected.

       IT IS FURTHER ORDERED that Defendant Woods' deposition must be complete by no later than **Friday, January 7, 2022**. By no later than **Monday, January 10, 2022**, the parties must jointly update the Court as to whether Mr. Woods appeared at his deposition.

       IT IS FURTHER ORDERED that Plaintiff must produce copies of the relevant tax returns to Defendants by no later than **Friday, January 7, 2022**.

       IT IS FURTHER ORDERED that by no later than **Monday, January 31, 2022**, the amended medical expert report must be produced to Plaintiff and any deposition of the physician must be complete. The parties are directed to meet and confer to come up with a schedule to meet this deadline.

IT IS FURTHER ORDERED that the Court will not adjourn any of the above referenced discovery deadlines.

IT IS FURTHER ORDERED that if Defendant Woods does not appear at his deposition, then Plaintiff's motion for summary judgment must be filed by no later than **Friday, February 4, 2022**. Any response in opposition is due no later than **Friday, March 4, 2022** and any reply in support is due no later than **Friday, March 18, 2022**.

IT IS FURTHER ORDERED that if no motion for summary judgment is filed or if the Court determines that the filed motion is inadequate, the Court will enter a pre-trial schedule and will set a firm trial date for the second quarter of 2022.

IT IS FURTHER ORDERED that the Court will refer the parties for a settlement conference with the assigned Magistrate Judge by separate order.

**SO ORDERED.**

Date:  December 14, 2021
       New York, New York

                                        **VALERIE CAPRONI**
                                        **United States District Judge**