# LESTER SCHWAB KATZ & DWYER, LLP
100 WALL STREET
NEW YORK, N.Y. 10005-3701
(212) 964-6611
FAX: (212) 267-5916

**GERALD J. GUNNING**
Writer's Direct Dial: (212) 341-4446
E-Mail: ggunning@lskdnylaw.com

**NEW JERSEY OFFICE**
61 S. Paramus Road
Suite 250
PARAMUS, NJ 07652
(973) 912-9501

February 25, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2022

*Via ECF*
Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley, Square, Room 443
New York, New York 10007

**MEMO ENDORSED**

Re:   Claimant:           Jamil Khan
      Case No.:           1:21-cv-00493-VEC
      Date of Birth:      xx/xx/xxxx
      Social Security #:  xxx-xx-xxxx
      LSK&D #:            630-0125

Dear Honorable Judge Caproni:

I represent the defendants, MICHAEL L. WOODS and ESCOT BUS LINES LLC, in this matter.

Your Honor has scheduled this matter for trial on May 9, 2022.  In reviewing my calendar I recently realized that I am scheduled to start a trial in state court on May 3, 2022.  That case <u>Gunsberg v Boro Park Operating Co.</u> is pending in the Supreme Court Kings County under index number 511858/2015.  It was previously scheduled for trial in April 2020 and obviously has been delayed by the pandemic.  We received that May trial date at a conference on December 10, 2021.

In light of that conflict I would request a week's adjournment of the trial of this matter to May 16, 2022.  There have been no previous requests for a trial adjournment. I have conferred with plaintiff's counsel Michael Krisfeld who indicated that his trial attorney has other matters scheduled later in the month and in June.  If May 16 is not available, I am available in July except for the week of 10 or August except for the week of the 28th.

Respectfully Submitted,

*s/Gerald Gunning*
Gerald Gunning, Esq.

GG:mm
4876-1251-2529

LESTER SCHWAB KATZ & DWYER, LLP

February 25, 2022
Page 2

cc:

*Via ECF*
William Schwitzer & Associates, P.C.
820 2nd Avenue, 10th Floor
New York, NY 10017
Attorneys for Plaintiff

---

Defendants' request that the May 9, 2022 trial date be adjourned is GRANTED.  The Court will re-schedule the trial and final pretrial conference in the coming weeks.

The Court reminds the parties that any motions *in limine*, including any *Daubert* motions, are due no later than **Friday, March 11, 2022**.  Responses are due no later than **Friday, March 25, 2022**.  The joint pretrial order, which must comply with the Undersigned's Individual Practices in Civil Cases, is due no later than **Friday, April 8, 2022**.  Pre-marked trial exhibits, requests to charge, and proposed *voir dire* questions (with the *voir dire* questions focusing only on the particular facts of this dispute) are due no later than **Friday, April 8, 2022**.  *See* Order, Dkt. 34.

Additionally, a joint update on the status of the settlement negotiations and the prospect for settlement of this case is due no later than **Monday, March 7, 2022**.  Although the Court understands that the parties have engaged a mediator on their own, *see* Letter, Dkt. 35, if both parties want a settlement conference with Magistrate Judge Netburn, they may submit a joint letter requesting a referral at any time.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: February 25, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE